# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ronald Allison, | Case No. 2:21-cv-00147-KJD-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Z Piekarski, et al., | |
| Defendants. | |

Plaintiff Ronald Allison, currently in custody at the Clark County Detention Center, submitted a complaint on January 25, 2021. (ECF No. 1-1). Allison neither paid the filing fee to initiate this matter nor submitted an application to proceed in forma pauperis.

Under 28 U.S.C. § 1915(a) and Local Rules ("LSR") 1-1 and 1-2, Allison must complete an application to proceed in forma pauperis and attach both an inmate account statement for the past six months and a signed financial certificate. The court will retain plaintiff's complaint (ECF No. 1-1) but will not file it until the matter payment is resolved.

IT IS THEREFORE ORDERED that the Clerk of Court send plaintiff the approved form application to proceed in forma pauperis by a prisoner, as well as the accompanying information form and instructions for filing the application.

IT IS FURTHER ORDERED that within thirty days from the date of this order, plaintiff must either: (1) file a complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $402 fee for a civil action (which includes the $350 filing fee and the $52 administrative fee). Plaintiff is advised that failure to comply with this order will result in a recommendation that his case be dismissed.

1   IT IS FURTHER ORDERED that the Clerk of Court retain the complaint (ECF No. 1-1)
2 but not file it at this time.
3   DATED: February 1, 2021.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE